STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Maureen.Bessette@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 4:21-mj-71411-MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF REMOVAL OF COUNSEL |
| HUGO SANTAMARIA ET AL., | ) |
| Defendant. | ) |

The United States Attorney's Office hereby files this Notice of Removal of Counsel for Assistant United States Attorney Maureen C. Bessette, as she is no longer the attorney of record in this case. Please remove her from the ECF notification list associated with this case. Assistant United States Attorney Molly K. Priedeman will remain as attorney of record.

DATED: September 27, 2021            Respectfully submitted,

                                         STEPHANIE M. HINDS
                                         Acting United States Attorney

                                              /s/
                                         MAUREEN C. BESSETTE
                                         Assistant United States Attorney