STEVEN G. KALAR
Kalar Law Office
1569 Solano Avenue #312
Berkeley CA 94707
Telephone:  (415) 295-4675
Facsimile:   (415) 338-9950
Email:         Steven@KalarLaw.com

Counsel for Defendant Antonio Vargas

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO C. VARGAS,<br><br>Defendant. | Case No.: 4:21-MJ-71411-MAG<br><br>**STIPULATED ORDER (AS MODIFIED) CONTINUING STATUS RE: ARRAIGNMENT** |

The defendant Antonio Vargas is currently charged in a Criminal Complaint. He is scheduled to appear before a Magistrate Judge on April 24, 2023, for status regarding arraignment. Mr. Vargas is not in custody.

In this stipulated order the parties represent that the government has produced a large volume of discovery to counsel for Mr. Vargas, Steven Kalar. Much of that discovery is in Spanish, and will require the assistance of a Spanish interpreter for defense review. Mr. Kalar represents that he has met with his client to discuss the discovery with an interpreter, but additional review is necessary.

The parties further represent that the case is likely to resolve in a pre-indictment disposition, but the defense will need time to review the discovery before negotiations finalize.

Therefore, the parties jointly request that the appearance now scheduled for April 24, 2023 be vacated. The parties move the Court to reset the matter for May 8, 2023 for status regarding arraignment.

1  The parties further urge the Court to exclude time under the Speedy Trial Act, and to find good
2  cause to extend the time for indictment under Federal Rule of Criminal Procedure 5.1, given the need
3  for the defense to review voluminous discovery and to meet with government counsel, before the
4  government moves forward with the Grand Jury.
5  Therefore, for good cause shown the Court vacates the status appearance on Monday April 24,
6  2023. The Court sets the matter for status on arraignment before the Duty Magistrate Judge on
7  Monday, May 8, 2023. The Court excludes time under the Speedy Trial Act, and finds good cause to
8  exclude time under Federal Rule of Criminal Procedure 5.1, until May 8, 2023, to permit for the
9  effective preparation of defense counsel.

Dated:   April 20, 2023

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

_____/S_____
Counsel for Antonio Vargas

Dated:   April 20, 2023

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

_____/S_____
MOLLY PRIEDMAN
Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 20, 2023

DONNA RYU
Chief United States Magistrate Judge

_____
NORTHERN DISTRICT OF CALIFORNIA

STIPULATED ORDER CONT. STATUS RE: ARRAIGNMENT
*ANTONIO VARGAS*, 4:21-mj-71411-MAG